IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| VS. | §  CRIMINAL NO. G-04-07 (02) |
| | §  CIVIL ACTION NO. G-06-588 |
| ROYAL LEE MAYS | § |

## ORDER OF DISMISSAL

Pursuant to this Court's Opinion and Order of even date herewith, the "Motion to Vacate, Set Aside, or Correct Sentence" (Instrument no. 116) of Royal Lee Mays is **DENIED in its entirety**.

**THIS IS A FINAL APPEALABLE ORDER.**

**DONE** at Galveston, Texas, this 20th day of March, 2007.

_____
Samuel B. Kent
United States District Judge